UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE


<u>Chase Bailey, et al</u>

            v.                              Civil No. 12-cv-396-SM

<u>Lynn Buskey, et al</u>



        ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2


DOCUMENT/FILER:      #40, Reply to Objection to Motion, filed by
                     Plaintiffs

DATE FILED:          July 10, 2013

     The document above fails to comply with:

     LR 7.1(e)(2)    Nondispositive motion: reply memorandum is not
                     permitted without prior leave of court.


     It is herewith ordered that the document is stricken, and must
be refiled.


     SO ORDERED.

                                         _____
                                         Steven J. McAuliffe
                                         United States District Judge

Date: July 18, 2013

cc:  Sean O'Connell, Esq.
     Michael E. Chubrich, Esq.
     Alan K. Tannenwald, Esq.
     Kristyn Dery Kaupas, Esq.
     Robert A. McCall, Esq.