UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Chase Bailey, et al</u>

      v.                                Civil No. 12-cv-396-SM

<u>Lynn Buskey, et al</u>

ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER:     #40, Reply to Objection to Motion, filed by Plaintiffs

DATE FILED:        July 10, 2013

The document above fails to comply with:

LR 7.1(e)(2)   Nondispositive motion: reply memorandum is not permitted without prior leave of court.

It is herewith ordered that the document is stricken, and must be refiled.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
United States District Judge

Date: July 18, 2013

cc:  Sean O'Connell, Esq.
     Michael E. Chubrich, Esq.
     Alan K. Tannenwald, Esq.
     Kristyn Dery Kaupas, Esq.
     Robert A. McCall, Esq.